UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAQUETTE and MARCIA PAQUETTE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>　　　　　　　Defendant. | Old Case No. 1:22-cv-00034-JLT-BAK (BAM)<br>New Case No. 1:22-cv-00034-JLT-BAK (SKO)<br><br><u>ORDER RELATING CASES AND</u><br><u>REASSIGNING MAGISTRATE JUDGE</u> |
| HOWARD JACKSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>　　　　　　　Defendant. | Old Case No. 1:22-cv-00038-JLT-BAK (BAM)<br>New Case No. 1:22-cv-00038-JLT-BAK (SKO)<br><br><u>ORDER RELATING CASES AND</u><br><u>REASSIGNING MAGISTRATE JUDGE</u> |

| | |
|---|---|
| SUSAN GAROFALO,<br><br>                    Plaintiff,<br><br>       v.<br><br>THOMSON INTERNATIONAL,<br>INCORPORATED,<br><br>                    Defendant. | Case No. 1:22-cv-00037-JLT-BAK (SKO)<br><br>ORDER RELATING CASES |

Pursuant to Local Rule 123, the Court finds that the above-captioned actions are related under this Court's Local Rule 123 to the following matter: *Ashleigh Angelo, et al. v. Thomson International, Incorporated*, 1:21-cv-01609-JLT-BAK (SKO).  The actions involve overlapping parties, properties, claims, events and/or questions of fact or law.  The actions are already assigned to the same district judge.  However, some of the actions are temporarily assigned to different magistrate judges.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the court and parties.  An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected. Thus, the Court **ORDERS** that the above-captioned actions be temporarily referred to United States Magistrate Judge Sheila K. Oberto until such time as a new Bakersfield magistrate judge is appointed.  All documents filed in the above matters shall include the new case number noted in the caption.[1]

IT IS SO ORDERED.

Dated:   **January 26, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

---

[1] Because *Garofalo v. Thomson International Incorporated*, No. 1:22-cv-00037-JLT-BAK (SKO) is already temporarily referred to Judge Oberto, it is being related to the other cases for administrative purposes only.  Its case number will remain the same.